FILED
May 12, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __Javier Martinez__
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **BRANDON CALLIER** | § |
| | § |
| **Plaintiff,** | § |
| | § |
| v. | § CAUSE: EP-23-CV-00004-DCG-LS |
| | § |
| **ELITE FINANCIAL SERVICES, INC.** d/b/a **MASSACHUSETTES ELITE FINANCIAL SERVICES, INC** a Massachusetts Corporation, and **JASON F. VOCI** | § |
| | § |
| **Defendants.** | § |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Plaintiff Brandon Callier ("Plaintiff") and Elite Financial Services, Inc ("Elite") and Jason Voci ("Voci") (together, "Defendants") have reached a settlement agreement in the above-captioned action. Plaintiff expects to file a Notice of Dismissal once the settlement documents have been exchanged and executed. Therefore, Plaintiff respectfully requests thirty (30) days in order to complete settlement documents and notify this honorable Court of Dismissal.

Dated May 12, 2023,    Respectfully submitted,

Brandon Callier
Plaintiff, Pro Se
6336 Franklin Trail Drive
El Paso, TX 79912
915-383-4604
Callier74@gmail.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Notice of Settlement was served on all parties of record via electronic mail on May 12, 2023.

Respectfully submitted,

Brandon Callier
Plaintiff, Pro Se
6336 Franklin Trail Drive
El Paso, TX 79912
915-383-4604
Callier74@gmail.com