UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **BRANDON CALLIER**, § § § *Plaintiff*, § v. § § **ELITE FINANCIAL SERVICES, INC.,** § *d/b/a Massachusetts Elite Financial Services,* § *Inc.*, **and JASON F. VOCI,** § § *Defendants*. § | EP-23-CV-00004-DCG |

## ORDER DISMISSING CASE WITH PREJUDICE

Plaintiff Brandon Callier has voluntarily dismissed his claims against Defendant Elite Financial Services, Inc.[1] and Defendant Jason F. Voci with prejudice. Notice, ECF No. 27.

The Court accordingly **DISMISSES** the above-captioned case **WITH PREJUDICE**.

Each party shall bear its own costs.

The Court **CLOSES** the case.

The Clerk of Court shall **MAIL** this Order to the following recipients:

Brandon Callier
6336 Franklin Trail
El Paso, TX 79912

Elite Financial Services, Inc.
d/b/a Massachusetts Elite Financial Services, Inc.
100 Cummings Center
Suite 141A
Beverly, MA 01915-6512

Elite Financial Services, Inc.
c/o Corporation Service Company, Registered Agent
84 State Street
Boston, MA 02109

---

[1] *d/b/a* Massachusetts Elite Financial Services, Inc.

Elite Financial Services, Inc.
c/o Corporation Service Company, Registered Agent
211 E. 7th St. Suite 620
Austin, TX 78701

Jason F. Voci
58 Curzon Mill Rd
Newburyport, MA 01950

**So ORDERED and SIGNED this 13th day of June 2023.**

_____
**DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE**